1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. C 05-1139 PJH |
| v. | ) | |
| 1. 1999 LEXUS GS400, VIN JT8BH68X2X0017848, | ) ) ) | [~~PROPOSED~~] ORDER RE STATUS CONFERENCE |
| 2. $43,400 IN UNITED STATES CURRENCY, | ) ) | |
| 3. $3,745 IN UNITED STATES CURRENCY, | ) ) | |
| 4. DAVIS INDUSTRIES P-380 HANDGUN AND AMMUNITION, AND | ) ) ) | |
| 5. BERETTA HANDGUN, MODEL 96 AND AMMUNITION, | ) ) | |
| Defendants. | ) ) | |

This matter came on regularly before the Court for a case management conference on June 23, 2005. The United States was represented by Assistant United States Attorney Stephanie Hinds. David Michael, counsel for claimants Kristina and Donald Tram, failed to appear. At the hearing, the Court set a discovery cut off date of October 27, 2005, and the deadline for the filing of any dispositive motions of

1   November 30, 2005.  Should either of both parties need additional time for discovery, the requesting
2   party can petition the Court for additional time.  Upon the filing of any dispositive motions, the parties
3   must provide the appropriate period of notice as required under the Federal Rules of Civil Procedure and
4   the local rules.

6       IT IS SO ORDERED.

8   DATED: __6/27/05_____         _____
9                                      PHYLLIS J. HAMILTON
                                       UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the foregoing to be served this date via electronic mail delivery upon the person below at the place and address which is the last known address:

David M. Michael, Esq.
294 Page Street
San Francisco, CA  94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 24th day of June, 2005 at San Francisco, California.

                /S/
ALICIA CHIN
Paralegal/ AFU

*STATUS CONFERENCE STATEMENT*
*C 05-1139 PJH*                                                                                   3