DAVID M. MICHAEL, SBN 74031
LAW OFFICES OF DAVID M. MICHAEL
The DeMartini Historical Landmark Building
294 Page Street
San Francisco, CA 94102
Telephone: (415) 621-4500
Facsimile:  (415) 621-4173

Attorney for Claimants
DONALD TRAM AND KRISTINE TRAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>1999 LEXUS GS 400, VIN JT8BH68X2X0017848;<br>$43,400.00 IN U.S. CURRENCY;<br>and $3,745.00 IN U.S. CURRENCY,<br><br>                    Defendants.<br>_____/<br>DONALD TRAM AND KRISTINE TRAM,<br><br>                    Claimants.<br>_____/ | No. C 05 1139 PJH<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF CUT OFF DATES |

1. On 24 June 2005, the Court issued its Order re Status Conference in this case, setting a discovery cut off date of 27 October 2005 and a deadline for the filing of any pretrial dispositive motions of 30 November 2005. The court also indicated in its Order that "should either of both parties need additional time for discovery, the requesting party can petition the Court for additional time." For the reasons set out below, the parties now request that the Court continue those pretrial deadlines.

2. The parties are presently involved in further discovery, including the scheduling of the depositions of the claimants, Donald and Kristine Tram and the depositions of the investigative government agents.

STIPULATION AND ORDER FOR CONTINUANCE OF CUT OFF DATES
CASE NO. C 05 1139 PJH

//

3. Kristine Tram is presently expecting the delivery of a child on 15 October 2005 and the parties wish to proceed with the depositions after Ms. Tram has had a period of time to recover from that procedure and to adjust her own schedule accordingly.

3. WHEREFORE, the parties hereby request that, for the above reason, the Court continue the presently scheduled cut off dates so that the deadline for the completion of discovery be **15 December 2005** and the deadline for the filing of any pretrial dispositive motions be **30 January 2005.**

IT IS SO STIPULATED:

Dated: 13 October, 2005

KEVIN V. RYAN
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney
Attorney for the United States of America

Dated: 13 October, 2005

DAVID M. MICHAEL
Attorney for Claimants
Donald Tram and Kristine Tram

**ORDER**

IT IS SO ORDERED on this ___14th___ day of October, 2005, pursuant to the foregoing stipulation, that the deadline for the completion of discovery be **15 December 2005** and the deadline for the filing of any pretrial dispositive motions be **30 January 2005.**

HONORABLE PHYLLIS J. HAMILTON
United States District Judge