1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6816
7
   Attorneys for Plaintiff
8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 UNITED STATES OF AMERICA,           )   No. C 05-1139 PJH
                                       )
13         Plaintiff,                  )
                                       )
14     v.                              )
                                       )
15 1.  1999 LEXUS GS400, VIN           )   **STIPULATION RE RECOGNITION AND**
       JT8BH68X2X0017848,               )   **SETTLEMENT OF CLAIM OF CARLOS**
16                                     )   **SANCHEZ** AND ORDER
   2.  $43,400 IN UNITED STATES        )
17     CURRENCY,                       )
                                       )
18 3.  $3,745 IN UNITED STATES         )
       CURRENCY,                       )
19                                     )
   4.  DAVIS INDUSTRIES P-380          )
20     HANDGUN AND AMMUNITION,         )
       AND                             )
21                                     )
   5.  BERETTA HANDGUN, MODEL 96       )
22     AND AMMUNITION,,                )
                                       )
23         Defendants.                 )
                                       )
24 CARLOS SANCHEZ,                     )
                                       )
25         Claimant.                   )
                                       )
26 _____

27

28

*SETTLEMENT AGREEMENT AND*
*[PROPOSED] ORDER (SANCHEZ)*
*[C 05-1139 PJH]*                                                    *1*

In full settlement and satisfaction of the claim on behalf of Carlos Sanchez for the Beretta handgun, model 96 and ammunition (hereinafter "defendant firearm"), plaintiff United States of America and claimant Carlos Sanchez hereby stipulate and agree as follows:

1. On or about March 18, 2005, plaintiff filed a complaint seeking forfeiture of the defendant Beretta handgun alleging that the defendant firearm was forfeitable under Title 21, United States Code, Section 881(a)(11), as property used or intended to be used to facilitate the transportation, possession, receipt, sale or concealment of a controlled substance or the proceeds thereof.

2. Claimant Sanchez is the sole claimant to the defendant Beretta firearm in this action and was without knowledge of the defendant firearm's involvement in illegal activity. Any violations of the federal laws, as alleged in plaintiff's forfeiture complaint involving the defendant Beretta firearm, occurred without the knowledge and consent of Carlos Sanchez.

3. The defendant firearm is owned by claimant Carlos Sanchez and was reported stolen on or about May 16, 2003.

4. Plaintiff hereby recognizes Carlos Sanchez' claimed interest in the defendant firearm and agrees to return the defendant firearm to him.

5. Claimant Carlos Sanchez agrees to hold harmless Plaintiff, and any agents, servants, and employees of the United States (or any state and local law enforcement agency) acting in their individual or official capacities, for all acts directly or indirectly related to the seizure and detention of the defendant firearm in connection with this forfeiture action.

6. Claimant Carlos Sanchez understands that by entering into this Agreement, he waives any rights to further litigate against the United States its interest in the defendant firearm.

//

//

7. Each party agrees to bear its own attorneys' fees and costs.

DATED: 11/14/05

KEVIN V. RYAN
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney

DATED: 11/9/05

CARLOS SANCHEZ
Claimant

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: 11/15/05

PHYLLIS J. HAMILTON
United States District Judge