KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102-3495
   Telephone: (415) 436-6816
   Facsimile: (415) 436-6748
   email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br>    v. <br> 1. 1999 LEXUS GS400, VIN JT8BH68X2X0017848, <br> 2. $43,400 IN UNITED STATES CURRENCY, <br> 3. $3,745 IN UNITED STATES CURRENCY, <br> 4. DAVIS INDUSTRIES P-380 HANDGUN AND AMMUNITION, AND <br> 5. BERETTA HANDGUN, MODEL 96 AND AMMUNITION,, <br>    Defendants. | No. C 05-1139 PJH <br><br> **JOINT REQUEST FOR EXTENSION OF DISCOVERY AND MOTIONS DEADLINES AND ORDER** |

1  The parties hereby jointly request an extension of the discovery cut-off and deadline for
2  the filing and hearing of motions, including dispositive motions in this matter.[1]
3  On June 24, 2005, the Court issued an order setting a discovery cut off date of October
4  27, 2005 and a deadline for the filing of any pretrial dispositive motions of November 30, 2005.
5  The Court also indicated in its Order that "should either of both parties need additional time for
6  discovery, the requesting party can petition the Court for additional time." For the reasons set out
7  below, the parties now request that the Court continue those pretrial deadlines.
8  In October 2005, this Court authorized an extension of the discovery and motions
9  deadlines because claimant Kristine Tram was pregnant and due to give birth.  The parties then
10 rescheduled the depositions  for mid-December.  After the parties rescheduled the depositions,
11 Mr. Michaels was ordered out to trial in an unrelated case in this district for mid-December.
12 Trial in that matter, *United States v. Thomas Grossi*, (CR 04-40127 DLJ), commenced on or
13 about December 19 and concluded on January 10, 2006.  Following the trial, Mr. Michaels went
14 out of the country on a pre-scheduled vacation.  He is not due to return until on or about January
15 31, 2006.
16 As a result of the pre-trial and trial proceedings for the *Grossi* case, the parties had to
17 cancel the depositions in December.  The parties now seek a further extension from the Court in
18 which to complete discovery and file dispositive motions.  To that end, the parties are requesting
19 an extension of the discovery deadline to April 15, 2006 days and an extension in the filing of
20 dispositive motions to May 15, 2006.  The parties contend that an extension of that period is

23 //
24 //

---

[1] Plaintiff is filing this statement on behalf of all parties because David Michael, counsel for claimants, is currently out of the country.  Prior Mr. Michael's departure, the parties discussed the information contained in this statement and agreed that a joint request would be filed explaining the circumstances requiring an extension of the dates.

*JOINT REQUEST FOR EXTENSION OF DISCOVERY AND MOTIONS DEADLINES*     2
*C 05-1139 PJH*

warranted due in part to the unavailability of government counsel on the following dates:

February 13 - March 2 (business travel) and March 27-March 31 (annual leave).

Dated: January 20, 2006                              KEVIN V. RYAN

                                                                United States Attorney


_____/S/_____
STEPHANIE M. HINDS
Assistant United States Attorney
Attorney for the United States of America


**[~~PROPOSED~~] ORDER**

Upon the joint request of the parties, and for good cause appearing, IT IS HEREBY ORDERED, that the deadline for the completion of discovery be extended to April 14, 2006 and the deadline for the filing of any pretrial dispositive motions be extended to May 15, 2006 _____

1/24/06                                                      _____
                                                                HONORABLE PHYLLIS J. HAMILTON
                                                                United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California*