KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102-3495
   Telephone: (415) 436-6816
   Facsimile: (415) 436-6748
   email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>1.  1999 LEXUS GS400, VIN JT8BH68X2X0017848,<br><br>2.  $43,400 IN UNITED STATES CURRENCY,<br><br>3.  $3,745 IN UNITED STATES CURRENCY,<br><br>4.  DAVIS INDUSTRIES P-380 HANDGUN AND AMMUNITION, AND<br><br>5.  BERETTA HANDGUN, MODEL 96 AND AMMUNITION,,<br><br>    Defendants. | **No. C 05-1139 PJH**<br><br>**JOINT REQUEST FOR EXTENSION OF DISCOVERY AND MOTIONS DEADLINES**<br>  **AND ORDER** |

The parties hereby jointly request a further extension of the discovery cut-off and deadline for the filing and hearing of motions, including dispositive motions in this matter.

On June 24, 2005, the Court issued an order setting a discovery cut off date of October 27, 2005 and a deadline for the filing of any pretrial dispositive motions of November 30, 2005. The Court also indicated in its Order that "should either of both parties need additional time for discovery, the requesting party can petition the Court for additional time." For the reasons set out below, the parties now request that the Court continue those pretrial deadlines.

In October 2005, this Court authorized an extension of the discovery and motions deadlines because claimant Kristine Tram was pregnant and due to give birth. The parties then rescheduled the depositions for mid-December. After the parties rescheduled the depositions, Mr. Michael was ordered out to trial in an unrelated case in this district for mid-December. Trial in that matter, *United States v. Thomas Grossi*, (CR 04-40127 DLJ), commenced on or about December 19 and concluded on January 10, 2006. Following the trial, Mr. Michael went out of the country on a pre-scheduled vacation. As a result of the pre-trial and trial proceedings for the *Grossi* case, the parties had to cancel the depositions in December.

In January 2006, the parties sought and obtained a further extension of the deadlines. The Court granted parties' request and extended the discovery deadline to April 15, and the filing of dispositive motions to May 15, 2006.

Since the issuance of the Court's Order, the parties have been unable to complete discovery, due in part to the unavailability of both counsel and the claimants as set forth below. AUSA Hinds was on business related travel for three weeks during the months of February and March, 2006. Counsel for the claimants, David Michael, was out of the country until mid-March. One of the claimants/deponents has been unavailable due to her school schedule. Another claimants/deponent was in transit to his permanent place of incarceration. In light of the foregoing, the parties now request a further extension of the discovery deadline to June 26, 2006,

/ /

1  and an extension in the filing of dispositive motions to July 23, 2006.   The parties believe that
2  this extension should provide sufficient time in which to conduct the requested depositions and
3  draft pleadings in anticipation of filing dispositive motions.

6  Dated: 4/14/06

                           /S/
                      STEPHANIE M. HINDS
                      Assistant United States Attorney

Dated: 4/14/06

                           /S/
                      DAVID M. MICHAEL
                      Attorney for Claimants Donald and Kristine Tram

### [~~PROPOSED~~] ORDER

Upon the joint request of the parties, and for good cause appearing, IT IS HEREBY ORDERED, that the deadline for the completion of discovery be extended to   June 26, 2006   and the deadline for the filing of any pretrial dispositive motions be extended to   July 24, 2006.

Dated:  4/18/06

                      HONORABLE PHYLLIS J. HAMILTON
                      United States District Judge

LAST CONTINUANCE!

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]*