UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

1999 LEXUS GS400, VIN JT8BH68X2X0017848, et al.,

        Defendants.

_____/

No. C 05-1139 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge Laporte's Report and Recommendation Re: Motion for Default Judgment in the above entitled <u>in rem</u> forfeiture action. No defendant or claimant filed any objection to the Report. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the motion of plaintiff United States of America for default judgment is GRANTED. The defendant Davis Industries P-380 handgun and accompanying 380 caliber ammunition shall be forfeited to the United States.

**IT IS SO ORDERED.**

Dated: April 6, 2007

                                      _____
                                      PHYLLIS J. HAMILTON
                                      United States District Judge